RK

USA
KING

Are we basing the verdict on only counts 14 thru 73 72

OK

The billing from Exh A which covers 1999-2003?

FILED
OCT 16 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JURY QUESTION